IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

LEE CROUTHERS a/k/a
KHENTI AMENTI-BEY,

                                                                                   ORDER

                    Plaintiff,

                                                                              10-cv-308-bbc

      v.

WILLIAM POLLARD, Warden;
ZAGAR, Officer; PAQUETT, Officer;
and TOM LANCOR, Kitchen Staff;

                    Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

       In a July 21, 2010 order, I granted plaintiff Lee Crouthers leave to proceed on his claims that defendants Zagar and Paquett prohibited him from attending a feast for Eid ul Fitr in violation of the free exercise clause, the Religious Land Use and Institutionalized Persons Act and Wis. Stat. § 301.33(2). Now plaintiff has filed a motion for summary judgment. I will deny this motion as premature, because defendants have not had time to file an answer. Plaintiff will be free to renew his motion in accordance with the schedule provided by the magistrate judge at the pretrial conference.

ORDER

IT IS ORDERED that plaintiff's motion for summary judgment is DENIED without prejudice to his refiling his motion in accordance with the schedule that will be set by the magistrate judge at the preliminary pretrial conference.

Entered this 12th day of August, 2010.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge