IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

LEE CROUTHERS a/k/a
KHENTI AMENTI-BEY,

    Plaintiff,

v.

WILLIAM POLLARD, SGT. LARSON,
TOM LANCOR, SHELLEY ZAGER
and KURT PAQUETTE,

    Defendants.

JUDGMENT IN A CIVIL CASE

10-cv-308-bbc

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants:

(1) dismissing for failure to state a claim upon which relief may be granted plaintiff's claims under Wis. Const. art. I, § 18, Wis. Stat. §§, 940.29, 946.12 and 946.73 and Wis. Admin. Code § DOC 309.61 and his claim that Larson failed to take appropriate action after learning of Zagar's and Paquette's conduct;

(2) dismissing plaintiff's claims against Lancor and Pollard without prejudice to refiling at a later date; and

(3) granting Zager and Paquette's motion for summary judgment and dismissing this case.

_____      3/1/11
Peter Oppeneer, Clerk of Court              Date